IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02524-CMA-KLM

JOSE ARELLANO, and
HUSAI JIMENEZ, on their own behalf and on behalf of all others
similarly situated,

    Plaintiffs,

v.

4101 INC.,
LOS DOS POTRILLOS LLC, and
JOSE LUIS RAMIREZ,

    Defendants.

---

**ORDER FOR ADMINISTRATIVE CLOSURE**

---

This matter is before the Court *sua sponte*. Pursuant to Magistrate Judge Kristen L. Mix's Minute Order vacating the Scheduling Conference (Doc. # 16), the Court is aware that the parties have reached a settlement agreement in this case. As such, the Court hereby ORDERS:

    1.    Pursuant to D.C.COLO.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action, subject to reopening for good cause based on non-compliance with the settlement agreement.

    2.    Within 14 days of the completion of the terms of said settlement agreement, or by September 30, 2013, WHICHEVER OCCURS FIRST, Plaintiffs are DIRECTED either to file appropriate dismissal papers with the Court based on

completion of the settlement or, alternatively, to file an appropriate motion to reopen this matter based on the failure of Defendants to comply with the conditions of settlement.

DATED:  April   17  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge